**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

FESTUS KANJABANGA,        :   No. 443 EAL 2017

       Petitioner        :

:   Petition for Allowance of Appeal from

:   the Order of the Superior Court

       v.        :

DREXEL UNIVERSITY,        :

       Respondent        :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.